## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Wendy Chacon

                    Plaintiff,

v.                                    Case No.: 1:17−cv−02766
                                          Honorable Robert M. Dow Jr.

Kovitz Shifrin Nesbit, A Professional Corporation

                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, July 28, 2017:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Defendant's agreed motion for entry of agreed protective order [19] noticed up for 8/3/17 is stricken and reset to 8/9/17 at 9:15 a.m. For further details see Judge Dows web page as to Notice of Judicial Absence. Mailed notice(cdh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.