## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Wendy Chacon

                        Plaintiff,

v.                                           Case No.: 1:17−cv−02766
                                                        Honorable Robert M. Dow Jr.

Kovitz Shifrin Nesbit, A Professional
Corporation

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 8, 2017:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Agreed motion for entry of agreed protective order [19] is granted; signed order to follow. Notice of motion date of 8/9/17 is stricken and no appearances are necessary on that date. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.