# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Wendy Chacon

                                                Plaintiff,

v.                                                                       Case No.: 1:17−cv−02766
                                                                      Honorable Robert M. Dow Jr.

Kovitz Shifrin Nesbit, A Professional Corporation

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 15, 2017:

      MINUTE entry before the Honorable M. David Weisman: Defendant's motion for leave to file reply in support of its motion to quash [37] is granted. Defendant shall file document as a separate entry. Motion hearing set for 11/16/17 is stricken. Defendant's motion to quash [27] hearing set for 11/16/17 is stricken and reset to 11/20/17 at 9:15 a.m. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.