## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Wendy Chacon

                             Plaintiff,

v.                                      Case No.: 1:17−cv−02766
                                      Honorable Robert M. Dow Jr.

Kovitz Shifrin Nesbit, A Professional
Corporation

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 16, 2018:

      MINUTE entry before the Honorable M. David Weisman: Magistrate Judge
Status/Motion hearing held. Plaintiff's motion to compel [65] as to Marquette Landing
Homeowners Association and Board members has been fully complied with via
production of ordered affidavits and documents. Plaintiff's motion for sanctions [90] is
withdrawn. Any supplemental written discovery must be issued by 5/25/18 (see docket
entry [55]). Status hearing set for 7/18/18 at 9:00 a.m. to discuss deposition scheduling.
Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.