# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Wendy Chacon

                                        Plaintiff,

v.                                                       Case No.: 1:17−cv−02766

                                                                    Honorable Robert M. Dow Jr.

Kovitz Shifrin Nesbit, A Professional Corporation

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 31, 2018:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held. Motion to certify class [96] and motion for summary judgment [99] are taken under advisement. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.