# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Wendy Chacon

Plaintiff,

v.

Case No.: 1:17−cv−02766
Honorable Robert M. Dow Jr.

Kovitz Shifrin Nesbit, A Professional Corporation

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 20, 2018:

MINUTE entry before the Honorable M. David Weisman: Ruling on motion hearing held. The Court generally grants Defendant's renewed motion to compel [110]. Plaintiff shall address the issues identified by the Court on record by 10/4/18. In particular, Plaintiff shall: (1) amend answers to include specific objections to specific discovery requests rather than asserting general objections; (2) confirm whether she is withholding any documents based on her objections (see Rule 34(b)(2)(C) ("An objection must state whether any responsive materials are being withheld on the basis of that objection.")); (3) generally describe documents that may be responsive but have been withheld on relevancy grounds; (4) produce financial records of Plaintiff's counsel's firm so that Defendant and the Court can evaluate counsel's ability to competently serve as class counsel; and (5) amend responses regarding actual damages pursuant to the discussion held in Court. Specifically, plaintiff must assert that she will not be seeking specific damages or must respond to the discovery requests. Plaintiff cannot choose not to respond to discovery requests by stating, e.g., "Plaintiff does not intend to seek actual damages at this time[.] Plaintiff reserves her right to seek damages at a later time, as appropriate," or similar responses. If Plaintiff is not seeking specific damages she must so state, and not temporally limit the response to &qu;ot;at this time." Status hearing set for 10/16/18 at 9:15 a.m. to confirm that Plaintiff complied with this Court's order and to discuss depositions. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.