# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Wendy Chacon

                                                      Plaintiff,

v.                                                                    Case No.: 1:17−cv−02766
                                                                    Honorable Robert M. Dow Jr.

Kovitz Shifrin Nesbit, A Professional Corporation

                                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 20, 2018:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Plaintiff's objections to the Magistrate Judge's discovery order [125] are taken under advisement; Defendant is given until 12/10/2018 to file a response; Plaintiff is given until 12/21/2018 to file a reply. The Court will issue a ruling my mail. Notice of motion date of 11/21/2018 is stricken and no appearances are necessary on that date. Mailed notice (mw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.