UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Wendy Chacon

                          Plaintiff,

v.                                                        Case No.: 1:17−cv−02766
                                                        Honorable Robert M. Dow Jr.

Kovitz Shifrin Nesbit, A Professional
Corporation

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, December 23, 2018:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Plaintiff Wendy Chacon's motion for extension of time to file a reply [133] is granted. Notice of motion date of 12/26/2018 is stricken and no appearances are necessary on that date. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.