# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Wendy Chacon

                                        Plaintiff,

v.                                             Case No.: 1:17−cv−02766
                                                        Honorable Robert M. Dow Jr.

Kovitz Shifrin Nesbit, A Professional Corporation

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 19, 2019:

      MINUTE entry before the Honorable Sunil R. Harjani: Settlement conference held on 2/19/2019. Agreement reached. By 2/22/2019, Plaintiff's counsel shall provide Defendant's counsel with the requested Form W−9. Defendant shall draft and provide a copy the settlement agreement no later than 2/22/2019; Plaintiff shall respond by 3/1/2019. Counsel shall exchange the above information by electronic mail. As discussed, redactions of tax return information ordered by the district judge shall be completed by March 21, 2019. The stipulation of dismissal with prejudice is due by March 21, 2019. Status hearing is set for 4/9/2019 at 9:15 a.m. but will be stricken if the stipulation to dismiss is filed prior to the status Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.