UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Wendy Chacon

           Plaintiff,

v.                               Case No.: 1:17−cv−02766
                                   Honorable Robert M. Dow Jr.

Kovitz Shifrin Nesbit, A Professional
Corporation

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 6, 2019:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held. Pursuant to the discussion on the record, and the parties' settlement agreement as to the Plaintiff's claims, this action is dismissed with prejudice, and each party to bear its own costs and fees. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.